IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DEAN MOORE,

    *Plaintiff,*

vs.

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

    *Defendant.*

Case No. 22-cv-01123-EFM

**MEMORANDUM AND ORDER**

    Before the Court is Plaintiff Dean Moore's Motion for Equitable Distribution of Settlement Funds. This Court recently issued an order requiring each of the parties to submit documentation of each lien asserted against Plaintiff's recovery in the underlying case, with a deadline of November 29, 2022. On November 28, Plaintiff submitted documentation of Salina Regional Health Center's lien. As Plaintiff notes, the Court was already aware of this lien. What the Court ordered, and still requires, is documentation of *any other lien* which has been asserted in the underlying case. If there are no other such liens, the parties must inform the Court. The new deadline is December 1, 2022—documentation of the presence or absence of other liens must be submitted by then.


**IT IS SO ORDERED.**

Dated this 29thth day of November, 2022.

*Eric F. Melgren* (signature)

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE